# N THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REBECCA L. AKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CV-00937-R |
| | ) |
| CENTRAL UNITED LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Rebecca L. Ake and Defendant Central United Life Insurance Company, that the above-entitled action is hereby dismissed with prejudice.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear their own attorneys' fees and costs.

/s/ *Frank W. Frasier*
*(Signed by Filing Attorney with permission of Attorney)*
Frank W. Frasier, OBA #17864
Frasier, Frasier & Hickman, LLP
1700 Southwest Blvd.
Tulsa, Oklahoma 74107
Telephone: (918) 584-4724
Facsimile: (918) 583-5637
Email: frasier@tulsa.com

*ATTORNEYS FOR PLAINTIFF REBECCA L. AKE*

/s/ *M. Richard Mullins*
M. Richard Mullins, OBA #13329
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9721
Facsimile: (405) 235-0439
Email: rick.mullins@mcafeetaft.com

*ATTORNEYS FOR CENTRAL UNITED LIFE INSURANCE COMPANY*